**IT IS ORDERED as set forth below:**



**Date: August 10, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **Johnny Earl Mitchell,** | ) | **CASE NO. 18-61069-JRS** |
| | ) | |
| **DEBTOR.** | ) | |

**ORDER SETTING OBJECTION DEADLINE ON APPLICATION FOR COMPENSATION, SETTING HEARING IF OBJECTIONS ARE FILED, AND GRANTING APPLICATION IN THE ABSENCE OF FILED OBJECTIONS**

On August 10, 2020, Debtor's attorney ("Counsel") filed an Application for Compensation (the "Application") (Doc. No.55).  The Application seeks approval of additional compensation for services rendered, and/or expenses incurred.  In the Application, Counsel asserts that it is entitled to an additional $300.00 for successfully prosecuting a Motion for Relief from Stay on the Attorney-Client Agreement signed by the Debtor(**s**), and the Disclosure of Compensation ("2016(b) Statement") filed on July 2, 2018 (Doc.No.1)**.**

Upon review of the Application, the Rule 2016(b) Statement, and the docket in this case,

IT IS ORDERED that any objections to the Application must be filed with the Clerk of this Court and served on Counsel and the Chapter 13 Trustee no later than 21 days after entry of this Order and Notice (the "Objection Deadline");

IT IS FURTHER ORDERED that, if no objections are filed by the Objection Deadline, the attorney's fees and/or expenses requested in the Application shall be allowed as of the date of the Objection Deadline, subject to the provisions of General Order 22-2017, and the Chapter 13 Trustee shall pay such allowed fees pursuant to the confirmed plan in this case and the provisions of General Order 22-2017.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that, if an objection is filed on or before the Objection Deadline, a hearing will be held at 9:40 a.m. on September 8, 2020 in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303.

IT IS FURTHER ORDERED that given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak<http://www.ganb.uscourts.gov/important-information-regarding-court-operations-during-covid-19-outbreak.

The Clerk is DIRECTED to serve a copy of this Order upon Debtor(**s**), Counsel, the Chapter 13 Trustee, and all parties requesting notice in this case.

END OF ORDER

Prepared By:

_____/s/_____
Nicole McAllister
Georgia Bar No. 653207
Attorney for Debtor
Chris Carouthers & Associates
2250 North Druid Hills Rd
Suite 131
Atlanta, Georgia 30329
405-634-9509